**SO ORDERED.**

**Dated: September 24, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

1 **T I F F A N Y & B O S C O**
P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**
**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

5 **FACSIMILE: (602) 255-0192**

6 Mark S. Bosco
State Bar No. 010167
7 Leonard J. McDonald
State Bar No. 014228
8 Attorneys for Movant

9 10-23645

10 **IN THE UNITED STATES BANKRUPTCY COURT**

11 **FOR THE DISTRICT OF ARIZONA**

12

13 IN RE:                                    No. 2:10-BK-26421-RTB

14 Aaron Joshua and Joyce L. Joshua          Chapter 7
            Debtors.
15 _____          ORDER

16 Wells Fargo Bank, N.A.
            Movant,                         (Related to Docket #13)
17       vs.

18 Aaron Joshua and Joyce L. Joshua, Debtors, Dale
   D. Ulrich, Trustee.
19

20            Respondents.

21

22      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24 and no objection having been received, and good cause appearing therefore,

25      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Aaron Joshua and Joyce L. Joshua have an interest in, further described as:

> Lot 82, of WESTGREEN ESTATE UNIT IV PHASE I, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 263 of Maps, page 27.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.